United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-03508-LVV |
| Allergy, Asthma and Immunology Center, I | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 31, 2023 | Form ID: 309C | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allergy, Asthma and Immunology Center, Inc., 910 Old Camp Road, Suite-152, The Villages, FL 32162-5604 |
| 30522552 | + | Dr. S. Baskar, Lake Gastroenterology, 620 S. Lake St., Suite 5, Leesburg, FL 34748-6059 |
| 30522555 | | Linda Tan, 8245 CR44, Leg-A Suite 1, Leesburg, FL 34788 |
| 30522556 | + | Max Shen, 14211 Shadow Moss Lane, Apt 201, Tampa, FL 33613-4038 |
| 30522557 | + | McKesson Specialty, 401 Mason Rd., La Vergne, TN 37086-3243 |
| 30522558 | | Office Depot Credit Plan, PO Box 66403, Sioux Falls, SD 57117-6403 |
| 30522559 | + | Pravina Cacodcar, 5574 SW 30th Avenue, Ocala, FL 34471-9569 |
| 30522560 | + | Seacoast Credit Union, PO Box 9012, Stuart, FL 34995-9012 |
| 30522561 | + | Stallergenes Greer, P.O. Box 603081, Charlotte, NC 28260-3081 |
| 30522563 | + | Wiley & Wiley Accountants, 201 N 2nd Street, Leesburg, FL 34748-5102 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: robert@bransonlaw.com | Aug 31 2023 21:43:00 | Robert B Branson, BransonLaw PLLC, 1501 E. Concord Street, Orlando, FL 32803 |
| tr | ^ | MEBN | Aug 31 2023 21:36:43 | Gene T Chambers, Post Office Box 533987, Orlando, FL 32853-3987 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 31 2023 21:44:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 30522550 | | EDI: FLDEPREV.COM | Sep 01 2023 01:29:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 30522553 | | Email/Text: headwaybnc@enova.com | Aug 31 2023 21:43:00 | Headway Capital, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604 |
| 30522551 | | EDI: IRS.COM | Sep 01 2023 01:32:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 30522549 | + | Email/Text: Bankruptcy@laketax.com | Aug 31 2023 21:43:00 | Lake County Tax Collector, Post Office Box 327, Tavares FL 32778-0327 |
| 30522562 | | Email/Text: BankruptcyNotice@Stericycle.com | Aug 31 2023 21:43:00 | Stericycle, 2355 Waukegan Road, Deerfield, IL 60015 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30522554 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 113A-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 31, 2023 | Form ID: 309C | Total Noticed: 18 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2023               Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gene T Chambers | gtchambers@cfl.rr.com  gtc@trustesolutions.com;gtc@trustesolutions.net |
| Robert B Branson | on behalf of Debtor Allergy  Asthma and Immunology Center, Inc. robert@bransonlaw.com, tammy@bransonlaw.com,shelly@bransonlaw.com,robert@bransonlaw.com,amanda@bransonlaw.com,lisa@bransonlaw.com,R64459@notify.bestcase.com,tammy@ecf.courtdrive.com |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Allergy, Asthma and Immunology Center, Inc. <br> Name | EIN: | 59–3463630 |
| United States Bankruptcy Court | Middle District of Florida | Date case filed for chapter: | 7   8/29/23 |
| Case number: | 6:23–bk–03508–LVV | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Allergy, Asthma and Immunology Center, Inc. | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 910 Old Camp Road <br> Suite–152 <br> The Villages, FL 32162 | |
| 4. **Debtor's attorney** <br> Name and address | Robert B Branson <br> BransonLaw PLLC <br> 1501 E. Concord Street <br> Orlando, FL 32803 | Contact phone (407) 894–6834 <br><br> Email: robert@bransonlaw.com |
| 5. **Bankruptcy Trustee** <br> Name and address | Gene T Chambers <br> Post Office Box 533987 <br> Orlando, FL 32853 | Contact phone (407) 872–7575 |
| 6. **Bankruptcy Clerk's Office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse <br> 400 West Washington Street. <br> Suite 5100 <br> Orlando, FL 32801 | Hours open: <br> Monday – Friday 8:30 AM – 4:00PM <br><br> Contact phone 407–237–8000 <br><br> Date: August 31, 2023 |
| 7. **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **September 29, 2023 at 11:50 AM** <br><br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Meeting will be held telephonically** <br><br> Trustee: Gene T Chambers <br> Call in number: 866–508–5650 <br> Passcode: 2265394 |
| | *** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. *** | |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Debtor **Allergy, Asthma and Immunology Center, Inc.**                              Case number **6:23−bk−03508−LVV**

| | | |
|---|---|---|
| 8. | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1−866−222−8029. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**           page **2**