[Doscomb] [Order to Show Cause Why an Ombudsman Should Not Be Appointed]

ORDERED.

Dated: September 11, 2023

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.
6:23−bk−03508−LVV
Chapter 7

Allergy, Asthma and Immunology Center, Inc.

_____Debtor*_____/

### ORDER TO SHOW CAUSE WHY AN OMBUDSMAN SHOULD NOT BE APPOINTED

The Debtor filed a voluntary petition on August 29, 2023 indicating the Debtor is a health care business. 11 U.S.C. § 333(a)(1) provides that the Court shall appoint an ombudsman, not later than 30 days after the commencement of the case. Accordingly it is

**ORDERED:**

   1. The Debtor and the United States Trustee shall appear before the Court on October 17, 2023 , at 11:00 AM to show cause why a Patient Care Ombudsman should not be appointed.

   2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by telephone available at www.flmb.uscourts.gov/judges/vaughan/. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Solutions (www.court−solutions.com) no later than 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

   3. Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.