United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-03508-LVV |
| Allergy, Asthma and Immunology Center, I | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 11, 2023 | Form ID: Doscomb | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allergy, Asthma and Immunology Center, Inc., 910 Old Camp Road, Suite-152, The Villages, FL 32162-5604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 13, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gene T Chambers | gtchambers@cfl.rr.com   gtc@trustesolutions.com;gtc@trustesolutions.net |
| Robert B Branson | on behalf of Debtor Allergy  Asthma and Immunology Center, Inc. robert@bransonlaw.com, tammy@bransonlaw.com,shelly@bransonlaw.com,robert@bransonlaw.com,amanda@bransonlaw.com,lisa@bransonlaw.com,R64459@notify.bestcase.com,tammy@ecf.courtdrive.com |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

[Doscomb] [Order to Show Cause Why an Ombudsman Should Not Be Appointed]

ORDERED.

Dated: September 11, 2023

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:   Case No. 6:23-bk-03508-LVV
         Chapter 7

Allergy, Asthma and Immunology Center, Inc.

_____Debtor*_____/

### ORDER TO SHOW CAUSE WHY AN OMBUDSMAN SHOULD NOT BE APPOINTED

The Debtor filed a voluntary petition on August 29, 2023 indicating the Debtor is a health care business. 11 U.S.C. § 333(a)(1) provides that the Court shall appoint an ombudsman, not later than 30 days after the commencement of the case. Accordingly it is

**ORDERED:**

1. The Debtor and the United States Trustee shall appear before the Court on October 17, 2023, at 11:00 AM to show cause why a Patient Care Ombudsman should not be appointed.

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by telephone available at www.flmb.uscourts.gov/judges/vaughan/. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Solutions (www.court-solutions.com) no later than 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

3. <u>Avoid delays</u>. A photo ID is required for entry into the Courthouse. Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.