UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

ALLERGY, ASTHMA AND
IMMUNOLOGY CENTER, INC.,

Case No. 6:23-bk-03508-LVV

Chapter 7

    Debtor.
_____/

## DEBTOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY

> **NOTICE OF OPPORTUNITY TO
> OBJECT AND FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 within twenty-one days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

Pravina Cacodcar ("Cacodcar" or "Landlord") moves the Court for entry of an Order granting relief from the automatic stay so that the Landlord can take all actions necessary to evict the Debtor. In support of this motion, Landlord states:

### Background

1. On July 1, 2022, Cacodcar, as landlord, and Debtor, as tenant, entered into that certain Sublease of commercial office space, a copy of which is attached as **Exhibit 1** (the

"Lease").

2. The property subleased is described as (the "Leased Premises"):

> 910 Old Camp Road, Suite # 152
> Lake Sumter Landing Professional Park
> The Villages, Florida 32162

3. The term of the Lease was from July 1, 2022 to June 30, 2023.

4. On August 29, 2023, (the "Petition Date") Debtor filed the above-captioned Chapter 7 bankruptcy case.

5. The Lease expired by its own terms prior to the Petition Date.

6. On the Petition Date Debtor was still occupying the Leased Premises.

7. The Debor does not have any interest in the Leased Premises and the Leased Premises is not necessary to an effective reorganization.

8. The Landlord desires to commence an eviction action, so that Landlord can retake possession of the Leased Premises.

## Legal Authority and Argument

Bankruptcy Code § 362(d) provides in relevant part:

> On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay–
>
> (1) for cause, including the lack of adequate protection of an interest in property of such party in interest;
>
> (2) with respect to a stay of an act against property under subsection (a) of this section, if—
> (A) the debtor does not have an equity in such property; and
> (B) such property is not necessary to an effective reorganization;

The Debtor does not have any interest in the Leased Premises, and it is not necessary to an effective reorganization, since this is a Chapter 7 case.

## Relief Requested

For the reasons stated above, Landlord requests the entry of an Order modifying the automatic stay to permit the Landlord to commence an eviction action to retake possession of the Leased Premises and such further relief as may be appropriate.

**Kenneth D. (Chip) Herron, Jr.**
Florida Bar No. 699403
**Herron Hill Law Group, PLLC**
P. O. Box 2127
Orlando, Florida 32802
Telephone: (407) 648-0058
Email: chip@herronhilllaw.com
elizabeth@herronhilllaw.com

## CERTIFICATE OF SERVICE

I certify that on October 13, 2023, I mailed the foregoing document by first class mail postage prepaid to the following:

| | |
|---|---|
| Allergy, Asthma and Immunology Center, Inc.<br>910 Old Camp Road<br>Suite 152<br>The Villages, FL 32162 | Gene T. Chambers<br>Post Office Box 533987<br>Orlando, FL 32853 |
| Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street,<br>Suite 1100<br>Orlando, FL 32801 | Robert B. Branson<br>Branson Law PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803 |

**Kenneth D. Herron, Jr.**
Fla. Bar No. 699403