ORDERED.

**Dated: October 17, 2023**

_Lori V. Vaughan_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| Allergy, Asthma, and Immunology ) | Case No. 6:23-bk-03508-LVV |
| Center, Inc., ) | Chapter 7 |
| ) | |
| Debtor. ) | |

### ORDER DISCHARGING FAVORABLY ORDER TO SHOW CAUSE

THIS CASE came on for hearing on October 17, 2023 on the Order to Show Cause Why an Ombudsman Should Not Be Appointed (Doc. No. 5) (the "Order to Show Cause"). For the reasons stated in open court, it is

**ORDERED**:

1. The Order to Show Cause (Doc. No. 5) is discharged favorably.

2. No patient care ombudsman shall be appointed in this case.

The Clerk is directed to serve a copy of this order on interested parties.