

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/17/2023 11:00 AM

COURTROOM   6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | FILING DATE: |
|---|---|
| **6:23-bk-03508-LVV          7** | **08/29/2023** |

**Chapter 7**

**DEBTOR:**         Allergy, Asthma and Immunology Center, Inc.

**DEBTOR ATTY:**  Robert Branson

**TRUSTEE:**        Gene Chambers

**HEARING:**

Order to Show Cause regarding Appointment of Ombudsmen (Doc #5)
            Note: Healthcare business

**APPEARANCES:**:
Robert Branson: Debtor; Bryan Buenaventura: UST; Gene Chambers: Trustee; Thomas Chen; debtor principal

 **RULING:**
Order to Show Cause regarding Appointment of Ombudsmen   (Doc #5) - Discharged; order by Court.

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.