United States Bankruptcy Court
Middle District of Florida

In re: Case No. 23-03508-LVV
Allergy, Asthma and Immunology Center, I
Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6      User: admin      Page 1 of 1
Date Rcvd: Oct 17, 2023      Form ID: pdfdoc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allergy, Asthma and Immunology Center, Inc., 910 Old Camp Road, Suite-152, The Villages, FL 32162-5604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gene T Chambers | gtchambers@cfl.rr.com  gtc@trustesolutions.com;gtc@trustesolutions.net |
| Kenneth D Herron, Jr | on behalf of Creditor Pravina Cacodcar chip@herronhilllaw.com  chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com |
| Robert B Branson | on behalf of Debtor Allergy  Asthma and Immunology Center, Inc. robert@bransonlaw.com, tammy@bransonlaw.com,shelly@bransonlaw.com,robert@bransonlaw.com,amanda@bransonlaw.com,lisa@bransonlaw.com,R64459@notify.bestcase.com,tammy@ecf.courtdrive.com |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 4

ORDERED.

Dated: October 17, 2023

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| Allergy, Asthma, and Immunology ) | Case No. 6:23-bk-03508-LVV |
| Center, Inc., ) | Chapter 7 |
| ) | |
| Debtor. ) | |

**ORDER DISCHARGING FAVORABLY ORDER TO SHOW CAUSE**

THIS CASE came on for hearing on October 17, 2023 on the Order to Show Cause Why an Ombudsman Should Not Be Appointed (Doc. No. 5) (the "Order to Show Cause"). For the reasons stated in open court, it is

**ORDERED**:

1. The Order to Show Cause (Doc. No. 5) is discharged favorably.

2. No patient care ombudsman shall be appointed in this case.

The Clerk is directed to serve a copy of this order on interested parties.